UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MICHAEL NACHMAN,

        Plaintiff,                                       JUDGMENT

          v.                                           22-CV-5976 (RPK)

TESLA, INC., TESLA LEASE TRUST, and
TESLA FINANCE LLC,

        Defendants.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 30, 2023, granting defendants' motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); granting plaintiff 30 days to file a motion seeking leave to amend; and a Memorandum and Order having been filed on August 6, 2024, denying plaintiff's motion for leave to amend; and directing the Clerk of Court to enter judgment and close this case; it is

      ORDERED and ADJUDGED that plaintiff's complaint is dismissed; that plaintiff's motion for leave to amend is denied; and that this case is closed.

Dated: Brooklyn, NY                                                       Brenna B. Mahoney
       August 7, 2024                                                  Clerk of Court

                                                                                 By: */s/Jalitza Poveda*
                                                                                        Deputy Clerk